## AFFIDAVIT OF ROBERT J. WHITE

I, Robert J. White, being duly sworn, do state that:

1. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Boston Field Division, Boston Group IV. I have been so employed since 2001. I am currently assigned to a group that, in part, works with other federal, state and local police departments and agencies in and around the Metropolitan Boston area to investigate and prosecute violations of federal firearms, explosives and controlled substance laws. I have conducted and participated in numerous investigations involving federal firearms and narcotics violations to include violations of Title 18 and Title 21 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint charging Dorian J. MEMBRENO (DOB: 3/20/84), with traveling in interstate commerce with the intent that a murder be committed in violation of the laws of Massachusetts as consideration for the receipt of, or as consideration for a promise or agreement to pay, money or other items of pecuniary value, in violation of Title 18, United States Code, § 1958(a).

3. The facts stated herein are based upon my personal knowledge in this investigation, information provided to me by other law enforcement officers involved with this investigation and my review of dispatch and police calls as well as audio and video recordings relating to this case. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but rather, only those facts and information necessary to provide the requisite probable cause.

4. During the day on Thursday March 23, 2010, the Pembroke Police Department received multiple telephone calls from multiple named concerned residents who reside near the area of

Lake Avenue, Pembroke, Massachusetts, concerning a suspicious red Volkswagen Jetta with Connecticut license plate #236WLP[1] in the area of Lake Avenue and Shores Edge in Pembroke.[2] On Thursday March 23, 2010, at approximately 10:00 PM, Mary Beth Banks, age 31, was shot multiple times in the driveway of her residence at 20 Lake Avenue, Pembroke, Massachusetts. Ms. Banks told investigators that at approximately 9:45 PM that evening, she left her place of employment at the Fred Astaire Dance Studio, located at 24 Rockland Street, Hanover, Massachusetts, and drove her grey Ford Taurus towards her residence. Ms. Banks stated that upon turning onto her street, she did not immediately notice anything suspicious. Ms. Banks stated that as she came within approximately 100-200 feet of her driveway, she observed a male running in the opposite direction from the area of her residence. Ms. Banks described the male as light skinned, under 6 feet in height, medium build, wearing a dark colored, possibly gray hooded sweatshirt that was pulled up, almost completely obscuring his face, with some facial hair, particularly a goatee. Ms. Banks further stated she observed the motion detection light located in the driveway of her residence was on and she found this to be unusual. Ms. Banks stated as she brought her motor vehicle to a stop in the driveway of the residence, she observed movement outside of her motor vehicle coming from her left. Ms. Banks observed the same male she had just seen approach her motor vehicle from the rear driver's side area of her motor vehicle. While still inside of her vehicle and with the door closed and car window up, Ms. Banks

---

[1] Authorities later determined that the motor vehicle was registered to MEMBRENO's cousin.

[2] Those two streets intersect with one another.

was shot. Ms. Banks heard several extremely loud bangs, observed a bright light and felt a sharp pain on the left side of her body. Ms. Banks did not observe a firearm, but realized that she had been shot through the closed window of her motor vehicle. Ms. Banks was unsure how many rounds had been fired into the car, but stated that it was more than one. After realizing that she had been shot, Ms. Banks placed her motor vehicle in park and exited the car. Ms. Banks did not see which direction the male [shooter] had fled. She entered her residence yelling for help, and informed her father that she had been shot. Ms. Banks' father called the police and police and fire personnel responded to the residence. Ms. Banks was transported via ambulance to the hospital for treatment of her multiple gunshot wounds, including wounds to her left wrist, left bicep, torso and rib cage area.

5.      Ms. Banks also informed the investigators that she currently has an active restraining order against her former boyfriend, Anthony DEJOSEPH, DOB: xx/xx/77. Ms. Banks stated that DEJOSEPH resides in Wolcott, Connecticut. Ms. Banks also stated that her relationship with DEJOSEPH had lasted approximately eight months. Ms. Banks stated that approximately one year ago, there was a domestic violence incident between DEJOSEPH and her. I have determined DEJOSEPH was arrested and charged for that incident. That case is currently pending in Connecticut. Ms. Banks stated she was scheduled to testify in state court in Connecticut against DEJOSEPH within the next month regarding that case. Ms. Banks also related to authorities that the domestic abuse by DEJOSEPH prompted her to return to Pembroke, Massachusetts, from Connecticut. Investigators have also learned that on March 24, 2009, Ms. Banks obtained a permanent restraining order against DEJOSEPH compelling him to stay away from Ms. Banks.

6.  Within minutes of the shooting of Ms. Banks, the Pembroke Police Department advised surrounding towns of the incident and released a "be on the lookout" ("BOLO") advisory alerting local police about the dispatch relative to that Volkswagen Jetta. The advisory also supplied a description of the 1999 red Volkswagen Jetta, bearing Connecticut license plate # 236WLP, that had been seen earlier that day in the area of the shooting in Pembroke, Massachusetts. Officers also received dispatched information that the person in that vehicle may have been involved in the shooting incident [of Ms. Banks].

7.  At approximately 10:25 PM, Hanover Police Officers observed the red Volkswagen Jetta with Connecticut license plate # 236WLP traveling near the intersection of Washington Street (Route 53 North) and Pond Street, Hanover, Massachusetts. Hanover Police Officers stopped the vehicle with firearms drawn for officer safety, and identified Dorian J. MEMBRENO, DOB: 3/20/84, as the driver and only occupant of the vehicle. At some point during the stop of that motor vehicle, officers observed what appeared to be a clear bag containing several small packages of what authorities believed to be marijuana in plain view on the floor panel on the left side of the driver's seat by the driver's door. Additionally, officers observed ammunition in plain view located in the driver's side door pocket of that motor vehicle. MEMBRENO was transported from the scene to the Pembroke Police Department. The motor vehicle was towed to the Pembroke Police Department and secured.

8.  At the Pembroke Police Department, MEMBRENO was advised of his Miranda rights both orally and in writing. MEMBRENO acknowledged those rights and signed a Miranda waiver form, and agreed to be interviewed by investigators. The interview was recorded with both audio and video recording equipment. During the interview, MEMBRENO initially

indicated that he arrived in the area at approximately 7:00 PM that evening and was here to meet someone at the Hanover Mall. However, later in the interview, MEMBRENO told investigators that he lied about what time he had arrived in the area.

9. MEMBRENO related to investigators that he was recently hired by Ms. Banks' former boyfriend (later identified by authorities as Anthony DEJOSEPH) to come to Massachusetts from Connecticut to kill Ms. Banks. MEMBRENO stated that he did not know the former boyfriend's name, but had met with him at Murphy's Law Bar and Grill in Bridgeport, Connecticut a few days prior. The former boyfriend of Ms. Banks told MEMBRENO he would pay MEMBRENO $7,000 to $10,000 to kill Ms. Banks and that "the job" had to be done this week. He also stated that this former boyfriend provided MEMBRENO with the firearm (a six shot .38 caliber revolver), photographs of Ms. Banks and her family, and her address in Massachusetts, as well as the type of car that Ms. Banks drives, a Ford Taurus. MEMBRENO stated that he purchased the ammunition for the firearm at a gun shop in Milford, Connecticut. MEMBRENO also stated that on March 23, 2010, at approximately 3:00 AM, he drove from Bridgeport, Connecticut, to Massachusetts and arrived at approximately 7:00 AM at Ms. Banks' Pembroke residence. MEMBRENO stated he used the GPS feature on his cellular telephone to obtain driving directions from Bridgeport, Connecticut, to Ms. Banks' Pembroke, Massachusetts, address.

10. MEMBRENO also stated he observed Ms. Banks leaving the residence in the morning with young children[3]. MEMBRENO told investigators he did not want to kill Ms.

---

[3] Authorities later determined that the woman whom MEMBRENO related that he had observed outside of the residence with children in the morning was a neighbor of Ms. Banks and not Ms. Banks.

5

Banks with children present. MEMBRENO stated he waited in the area of the residence for Ms. Banks to return later that evening. MEMBRENO stated that in the evening he observed Ms. Banks pull her car into the driveway, and he then approached the vehicle and shot at Ms. Banks multiple times in an effort to kill her, using the firearm he had been provided by her former boyfriend. MEMBRENO stated he was not exactly sure how many times he fired the weapon at Ms. Banks. MEMBRENO also related that he wore latex gloves when he fired the gun and that he was wearing a grey sweatshirt and his jacket when he shot Ms. Banks. MEMBRENO stated that after the shooting, he ran off to his car, which he described as being located up the hill, and he then took off from the area. MEMBRENO stated he was supposed to return to Connecticut to meet with Ms. Banks' former boyfriend on March 24, 2010, at 10:00 AM, to receive payment for killing her.

11. On March 24, 2010, investigators also showed MEMBRENO a photographic array. Prior to being shown the photo array, MEMBRENO was given an instruction form relative to the photo array, which he signed. The photo array procedure was recorded with both audio and video recording equipment. MEMBRENO identified the photograph of Anthony DEJOSEPH as the person who hired him to kill Ms. Banks for money.

12. MEMBRENO told the investigators the firearm was still in the Jetta along with photographs of Ms. Banks and her family. On March 24, 2010, investigators obtained a state search warrant to search for evidence in the Jetta motor vehicle. Execution of the search warrant upon that motor vehicle revealed, among other items, the following items: a Smith and Wesson model 12-2, .38 caliber, six-shot revolver bearing serial # D675903, containing five discharged rounds and one live round; a box containing some .38 special ammunition (found in trunk); an

envelope containing photographs of Ms. Banks and her family; a sales receipt from K-5 Arms Exchange, Inc., Milford, Connecticut, dated March 22, 2010, for the purchase of .38 special ammunition; a Google map with directions from 12 Boston Avenue, Bridgeport, Connecticut, to Ms. Banks' place of employment in Hanover, Massachusetts; a small plastic bag of white powder that field tested positive for cocaine; clothing, including a dark hooded sweatshirt, a dark sweatshirt, a green jacket, one pair of jeans, two pairs of latex gloves, one plastic bag containing small plastic bags of marijuana; and three .38 caliber rounds of ammunition (found in the door pocket).

13.     Investigators also obtained and reviewed video surveillance from the K-5 Arms Exchange, Inc., store located at 962 Boston Post Road, Milford, Connecticut. The video surveillance of March 22, 2010, depicts MEMBRENO parking the same red Volkswagen Jetta outside of the firearm store and entering that store on that date. While inside the store, MEMBRENO is observed on video surveillance purchasing a box of ammunition and then exiting the establishment. Authorities have learned that MEMBRENO purchased a box of .38 special ammunition from that store at that time.

14.     A check of the firearm revealed that it was not reported stolen. The .38 special ammunition recovered from the Jetta was the same caliber ammunition that was recovered in the Smith and Wesson, model 12-2, .38 caliber firearm found inside of the red Volkswagen Jetta in which MEMBRENO was stopped by police. This was also the same firearm MEMBRENO admitted to investigators that he used to shoot Ms. Banks and also the same caliber ammunition purchased by MEMBRENO at K-5 Arms Exchange, Inc., in Connecticut on March 22, 2010, according to the sales receipt. Investigators also recovered one round of a .38 caliber class

jacketed spent projectile from the left driver's door of Ms. Banks' motor vehicle and one round of .38 caliber class jacketed spent projectile from the left seat of Ms. Banks motor vehicle.

15. Based upon the foregoing, there is probable cause to believe that on March 23, 2010, Dorian J. MEMBRENO did travel in interstate commerce with the intent that a murder be committed in violation of the laws of Massachusetts as consideration for the receipt of, or as consideration for a promise or agreement to pay, money or other items of pecuniary value, in violation of Title 18, United States Code, § 1958(a).

_____
Robert J. White
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Dated: April 1, 2010